UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICA FEBRIANTI,

                Plaintiff,

        -against-

UNITED STATES 2D CIRCUIT OF
APPEAL; UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF NEW YORK,

                Defendants.

25-cv-0657 (LLS)

CIVIL JUDGMENT

For the reasons stated in the January 29, 2026, order, Plaintiff's complaint, filed in forma pauperis under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

SO ORDERED.

Dated:    February 2, 2026
           New York, New York

                      /s/ Louis L. Stanton
                        LOUIS L. STANTON
                  United States District Judge